United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,
Plaintiff,
v.
SEAN ANDRE BEATTIE, *et al.*,
Defendants.

Case No. 00-cr-00363-VRW-1 (SI)

**ORDER DENYING THIRD-PARTY REQUEST TO TESTIFY**

Non-party Paula Williams has sent a letter to the Court, written July 7, 2026, requesting to testify.[1] Williams's request is denied because there are no matters pending in this case and there is no upcoming hearing or trial at which Williams could testify. The most recent activity on the docket is a May 2023 order by the undersigned Judge directing the Clerk's Office to reject various documents delivered by Williams because the case is closed and Williams is not a party. *See* Dkt. No. 687.

**IT IS SO ORDERED**.

Dated: August 18, 2026

SUSAN ILLSTON
United States District Judge

[1] The envelope was addressed to Judge Maxine M. Chesney. However, Judge Chesney is not associated with this case.